IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| YVONNE S. WALKER, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES GLENN WALKER, DECEDENT, AND MARTIN L. TAYLOR, ANCILLARY ADMINISTRATOR OF THE ESTATE of JAMES GLENN WALKER, DECEDENT. | ) ) ) ) ) ) ) ) ) | Case No. 4:05-CV-00035 |
| Plaintiffs, | ) ) ) | **ORDER** |
| v. | ) ) | |
| GARLAND DEAN WILSON, AND CHARLES W. BRINEGAR ENTERPRISE, INC. | ) ) ) ) | By: Jackson L. Kiser<br>Senior United States District Judge |
| Defendants. | ) | |

Before this Court is the Defendants' *Motion for Summary Judgment* [37] and the Plaintiffs' *Motion for Partial Summary Judgment* [41]. Oral argument on the *Motions* was held on April 13, 2006. The *Motions* are now ripe for judgment.

For the reasons stated in the accompanying *Memorandum Opinion*, I hereby **grant** the Defendants' *Motion for Summary Judgment* with regard to the Plaintiffs' first theory – that the Defendant was negligent in failing to keep a proper lookout in the moments immediately before impacting the decedent. I hereby **deny** the Defendants' *Motion for Summary Judgment* with regard to the Plaintiffs' second theory – that the negligence of the Defendant in failing to stop his truck immediately upon recognizing some resistance to his left front wheel proximately caused the death of the decedent. I hereby **grant** the Plaintiffs' *Motion for Partial Summary Judgment* with regard to the Defendants' claim that the decedent was contributorily negligent in the

-1-

moments immediately before being struck by the Defendants' truck..

The Clerk of the Court is hereby directed to send a certified copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 28<u>th</u> day of April, 2006.

<u>s/Jackson L. Kiser</u>
Senior United States District Judge
